# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-30270
**Case Name:** STANDIFER, STEVEN ROBERT
**For Period Ending:** 03/31/2022

**Trustee Name:** (620320) John P. Newton
**Date Filed (f) or Converted (c):** 01/29/2020 (f)
**§ 341(a) Meeting Date:** 03/03/2020
**Claims Bar Date:** 09/20/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 617 Grandeur Drive, Talbott, TN 37877 (Hamblen) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2* | 2018 Dodge Ram 2500, Tag #6P7-7P3. (See Footnote) | 35,000.00 | 2,000.00 | | 0.00 | FA |
| 3* | 2018 Jeep Grand Cherokee, TAG #BXZ-279. (See Footnote) | 28,000.00 | 8,000.00 | | 0.00 | 28,000.00 |
| 4 | 1994 Ford F-250, 147,000 miles, TAG #2B3-1A6. | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1994 Chevrolet S-10 Blazer, 136,000 miles | 500.00 | 500.00 | | 0.00 | FA |
| 6 | 2005 Dodge Caravan, 128,000 miles, TAG #W43-182. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Row Boat.<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8* | 2015 Outback 5th Wheel Camper. (See Footnote) | 25,000.00 | 2,813.00 | | 0.00 | FA |
| 9* | Dining table & chairs, washer & dryer, desk, nig (See Footnote) | 500.00 | 500.00 | | 0.00 | FA |
| 10* | Television, cell phone, camera (See Footnote) | 150.00 | 150.00 | | 0.00 | FA |
| 11 | Riding mower, weed eater, hand tools, power tool | 225.00 | 0.00 | | 0.00 | FA |
| 12 | Eyeglasses | 50.00 | 50.00 | | 0.00 | FA |
| 13 | Golf clubs, fishing equipment | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Shotgun, rifle | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Everyday clothes and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Watch, wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Checking: Regions Bank | 150.00 | 0.00 | | 0.00 | FA |
| 19 | Checking: First Peoples Bank | 4,250.00 | 0.00 | | 0.00 | FA |
| 20 | Pension: Met Life (monthly payment received) | 184.09 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 20-30270 | Trustee Name: | (620320) John P. Newton |
| Case Name: | STANDIFER, STEVEN ROBERT | Date Filed (f) or Converted (c): | 01/29/2020 (f) |
|  |  | § 341(a) Meeting Date: | 03/03/2020 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | 09/20/2021 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 21* | Savings: Regions 3406 (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 22* | Prudential Insurance : Peggy F. Standifer (u) (See Footnote) | 880.58 | 0.00 | | 0.00 | FA |
| 23* | Transfer claim to Spouse (u) (See Footnote) | 65,603.64 | 65,603.64 | | 5,000.00 | 10,000.00 |
| **23** | **Assets** **Totals** (Excluding unknown values) | **$166,193.31** | **$79,616.64** | | **$5,000.00** | **$38,000.00** |

RE PROP# 1     Related to Asset #23 (transfer of claim to spouse).

RE PROP# 2     Lien is perfected.

RE PROP# 3     Lien okay.

RE PROP# 8     Lien value taken from POC. Lien okay.

RE PROP# 9     Joint w/ NFS.

RE PROP# 10     Joint w/ NFS.

RE PROP# 21     Added in amendment filed 5/20/20. Owned by non-filing spouse.

RE PROP# 22     Value reduced in amendment filed 5/12/20.

RE PROP# 23     JPN to file Adversary against wife.

**Form 1**
# Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 20-30270  
**Case Name:** STANDIFER, STEVEN ROBERT  
**Trustee Name:** (620320) John P. Newton  
**Date Filed (f) or Converted (c):** 01/29/2020 (f)  
**§ 341(a) Meeting Date:** 03/03/2020  
**For Period Ending:** 03/31/2022  
**Claims Bar Date:** 09/20/2021

**Major Activities Affecting Case Closing:**

Collecting on transfer claim.
3/4/22 - Emailed Promissory Note and DOT to Ryan for signing. TRS
2/2/22 - Settlement reached w/ Peggy Standifer; hrg set for 2/24/22.
9/3/21 - sent em to JPN for update.
8/4/21 - JPN & Guinn negotiating.
Still no pics as of 6/2; sent f/u request.  Jarrard says he's working with JPN on global settlement involving the wife's adversary.
No resp as of 5/17 - sent f/u em to Jarrard.
5/3/21 - sent em to Jarrard for pics and spec for 2018 Jeep GC ($8k potential equity).  TRS.
4/27/21 - JPN to file Adversary.
4/13/21 - sent f/u em to JPN.
3/27/21 - confirmed liens on 2018 Dodge and 2018 Jeep but need balances; sent em to Jarrard (info received and added to Asset tab).

**Initial Projected Date Of Final Report (TFR):** 09/30/2021  
**Current Projected Date Of Final Report (TFR):** 10/31/2022

04/26/2022  
Date

/s/John P. Newton  
John P. Newton